UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  William G Hill                            :        Case #: 04-59080
       Martha L Hill

                                                     :        Chapter 13

                                                     :        Judge Hoffman

**<u>NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS</u>**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 31, 2010                            /s/ Frank M. Pees_____
                                                        Frank M. Pees
                                                        Chapter 13 Trustee

<u>Name and Address</u>                             <u>Amount</u>
William G. Hill                                   $54.19
Martha L Hill
4491 Highland Ave
Shadyside, OH 43947